IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEFFERY W. WANSLEY, #W0387                                          PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 4:06cv077TSL-JCS

MISSISSIPPI BUREAU OF NARCOTICS,
NEWTON COUNTY BOARD OF SUPERVISORS,
ATTORNEY GENERAL'S OFFICE, STANLEY WASH,
JIMMY NICHOLS, AND LEONARD HARRIS                                   DEFENDANTS

## ORDER

Upon consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, the court has come to the following conclusions.

The plaintiff complains that he was falsely arrested and was a victim of malicious prosecution for the sale of cocaine. However, the plaintiff fails to state whether he was subsequently convicted and sentenced of the criminal charge which is the bases of this civil action. Thus, having reviewed the complaint, this court finds that the plaintiff must provide additional information concerning his claims. Accordingly, it is hereby,

**ORDERED:**

1. That on or about July 12, 2006, the plaintiff shall file a written response to this order and provide the following information:

(a) state if the plaintiff was convicted and sentenced for the criminal charge which is the bases of this civil action;

(b) state if the plaintiff's conviction and/or sentence has been invalidated, reversed or expunged; and

(c) if the conviction and/or sentence has been invalidated, reversed or expunged, provide a copy of the court order reflecting that decision.

2. That the plaintiff file his response with the Clerk, P.O. Box 23552, Jackson, Mississippi 39225-3552.

3. **That failure to advise this court of a change of address or failure to timely comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

THIS, the 20th day of June, 2006.

                                           _s/ James C. Sumner_
                                           UNITED STATES MAGISTRATE JUDGE